RECEIVED

FEB 2 0 2003

DENISE PAGE HOOD
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICKEY L. DOOLEY and
PATRICIA A. DOOLEY,

    Plaintiffs,

Vs.

NORTHWEST AIRLINES, a
Minnesota Corporation, and
JOHN DOE, an individual,

    Defendants.

Case No. 01-74132 NO
Hon. Denise Page Hood

---

MARTIN N. FEALK (P29248)
Attorney for Plaintiffs
20619 Ecorse Road
Taylor, MI 48180
(313) 381-9000

JAMES D. BRITTAIN (P28602)
Attorney for Plaintiffs
20619 Ecorse Road
Taylor, MI 48180
(313) 383-5500

DAVID R. BAXTER (P31121)
DANIEL J. SEYMOUR (P38908)
Attorney for Defendant NWA
155 West Congress, Ste. 300
Detroit, MI 48226
(313) 964-2040

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

    The parties, by and through their undersigned counsel, hereby stipulate and agree, that the above entitled matter shall be dismissed, in its entirety, with prejudice and without costs or attorney fees to be assessed.

By: _____
JAMES BRITTAIN (p28602)
MARTIN FEALK (P29248)
Attorneys for Plaintiffs
Dated: January 31, 2003

By: _____
DAVID R. BAXTER (P31121)
Atty for Defendant NWA

Dated: January 31, 2003

1

50

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICKEY L. DOOLEY and
PATRICIA A. DOOLEY,

    Plaintiffs,

Vs.

NORTHWEST AIRLINES, a
Minnesota Corporation, and
JOHN DOE, an individual,

    Defendants.

Case No. 01-74132 NO
Hon. Denise Page Hood

---

MARTIN N. FEALK (P29248)
Attorney for Plaintiffs
20619 Ecorse Road
Taylor, MI 48180
(313) 381-9000

JAMES D. BRITTAIN (P28602)
Attorney for Plaintiffs
20619 Ecorse Road
Taylor, MI 48180
(313) 383-5500

DAVID R. BAXTER (P31121)
DANIEL J. SEYMOUR (P38908)
Attorney for Defendant NWA
155 West Congress, Ste. 300
Detroit, MI 48226
(313) 964-2040

---

## ORDER TO DISMISS WITH PREJUDICE

At a session of said court held in the U.S. District
Court, Eastern District of Michigan, Southern
Division     **FEB 13 2003**     on

Present: Hon. _____ DENISE PAGE HOOD _____
                         U.S. District Court Judge

2

Following a review of the Stipulation of the parties and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled matter is dismissed, in its entirety, with prejudice and without costs or attorney fees to be assessed against either party.

This Order resolves the last pending claim and closes the case.

_____

U.S. District Court Judge

3